UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| SHADYSIDE MEAT MARKET, INC., a Florida Corporation, and <br> NABIL HUSSEIN ZABADI, an Individual, <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CASE NO. 8:18-cv-1574-T-23TGW |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Shadyside Meat Market, Inc., a Florida Corporation, and Nabil Hussein Zabadi, an Individual, and Defendant, the United States Department of Agriculture, Food and Nutrition Serves, hereby jointly file this stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A(ii) ("Fed. R. Civ. Pro." or "Rule"), with each party to bear its own costs and attorneys' fees.

[*Signature Page Follows*]

Dated: November 27, 2018

| | |
|---|---|
| Shadyside Meat Market, Inc.<br>A Florida Corp., and<br>Nabil Hussein Zabadi | MARIA CHAPA LOPEZ<br>United States Attorney |
| *Andrew Z. Tapp*<br>**ANDREW ZACHARY TAPP, ESQUIRE**<br>Florida Bar No.: 68002<br>Metropolitan Law Group, PLLC<br>1971 West Lumsden Rd., #326<br>Brandon, FL 33511-8820<br>Telephone: (813) 228-0658<br>Facsimile: (813) 330-3129<br>Email: Andrew@Metropolitan.legal<br>Attorney for Plaintiffs | *s/ E. Kenneth Stegeby*<br>**E. KENNETH STEGEBY, ESQUIRE**<br>Assistant United States Attorney<br>USAO No. 112<br>400 N. Tampa St., Suite 3200<br>Tampa, Florida 33602<br>Telephone: (813) 274-6180<br>Facsimile: (813) 274-6198<br>Email:Kenneth.stegeby@usdoj.gov<br>Attorney for Defendants |